IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN BARBER**  **PLAINTIFF**
**ADC #093799**

VS.  4:20CV00051-BRW-JJV

**JEFFREY STIEVE**, *et al*.  **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition (Doc. No. 53) submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Barber's timely filed objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

Accordingly, Defendants' Motion for Summary Judgment for failure to exhaust administrative remedies as to Plaintiff's claims against Defendants Griffin and Wilson (Doc. No. 37) is GRANTED.

Plaintiff's claims against Defendants Griffin and Wilson are DISMISSED without prejudice.

I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED, this 30th day of June 2020.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE