IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN BARBER** **PLAINTIFF**
ADC #093799

VS.                             4:20-CV-00051-BRW-JJV

**JEFFREY STIEVE,** *et al.*                             **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Barber's timely filed objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Defendants' Motion for Summary Judgment (Doc. No. 95) is GRANTED.

2. Plaintiff's claims against Defendants Stieve and Jones are DISMISSED with prejudice.

3. This case is DISMISSED.

4. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and accompanying Judgment would not be taken in good faith.

DATED this 30th day of April, 2021.

                                                                Billy Roy Wilson
                                                                 UNITED STATES DISTRICT JUDGE