IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN BARBER**                                                                                                **PLAINTIFF**
**ADC #093799**

VS.                                                    4:20-CV-00051-BRW

**JEFFREY STIEVE**, *et al*.                                                                    **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of April, 2021.


                                                                Billy Roy Wilson_____
                                                                UNITED STATES DISTRICT JUDGE